IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVE J. PORKOLAB,

    Petitioner,

v.                                                                                  CASE NO. 4:08-cv-00415-MP-WCS

WALTER McNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, which recommends that this case be transferred to the United States District Court for the Middle District of Florida for all further proceedings. The Magistrate filed the Report on Thursday, November 20, 2008. The time for filing objections has passed, and no objection has been filed. Upon consideration, the Court agrees with the Magistrate that jurisdiction is appropriate in the United States District Court for the Middle District of Florida, as the district of both confinement and conviction. 28 U.S.C. § 2241(d). Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida

**DONE AND ORDERED** this   *22nd* day of December, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge